# IN THE SUPERIOR COURT OF GUAM

ANNA MARIE BELLO,

    Plaintiff,

vs.

BENNY BENAVENTE BELLO,

    Defendant.

CIVIL CASE NO. DM758-04

**DECISION & ORDER**

This matter came before the HONORABLE VERNON P. PEREZ on January 4, 2012 and February 17, 2012 on Plaintiff's Motion for Clarification or Reconsideration. Attorney Tom J. Fisher represented Plaintiff. Attorney Sarah A. Strock represented Defendant. The Court took the motion under advisement. After having heard the Parties' arguments, considering the Parties' pleadings and the record, the Court now issues the following Decision and Order.

## BACKGROUND

This matter arises out of a dissolved marriage between Plaintiff Anna Marie Bello (hereinafter "Plaintiff") and Defendant Benny Benavente Bello (hereinafter "Defendant"). Parties were married on March 7, 1987 and have one child who is now over the age of 18. Parties were married for 19 ½ years until the date of separation in September 2007. This Court decided on Plaintiff's request for attorney's fees on November 16, 2011. Plaintiff has now motioned to reconsider that Decision.

## DISCUSSION

As explained by the Court at hearing, the Court agrees with Plaintiff and finds that attorney's fees may issue before any party prevails on any matter before the Court. Plaintiff attempts to obtain attorney fees under 19 GCA § 8402 which would require Defendant to finance, in part, the remainder of Plaintiff's litigation costs as well as other maintenance costs. In the DNO filed November 16, 2011, this Court decided that attorney's fees cannot issue but did not address the merits of the motion or substance of the requirements to be met. The basis for the erroneous Decision was that Plaintiff cited no statute that would allow for attorney fees to

issue. Plaintiff did, in fact, have grounds under Guam statute through 19 GCA § 8402. § 8402 grants this Court the power to award attorney's fees. The Court now concludes that the Decision was premature and will reconsider Plaintiff's request for attorney's fees. This Court will not, however, make any conclusion on whether or not attorney fees will issue under 19 GCA § 8402, but only that the matter should be argued in full with a presentation of evidence before the Court.

## CONCLUSION

Plaintiff's Motion for Reconsideration is GRANTED. The hearing on the substance of Plaintiff's Motion for Attorney's Fees will be held on March 23, 2012 at 10:00a.m..

So ORDERED this ___ day of March, 2012.

MAR 2 3 2012

Original Signed By:

HON. VERNON P. PEREZ

_____

HONORABLE VERNON P. PEREZ
JUDGE, SUPERIOR COURT OF GUAM

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

Dated at Hagåtña, Guam

MAR 2 3 2012
20___

Jacqueline S.C. Terlaje

Deputy Clerk, Superior Court of Guam

/ /

/ /

/ /

/ /

/ /

/ /

*Anna Marie Bello v. Benny Benavente Bello,*
Decision and Order
Civil Case No. DM758-04                    - Page 2 of 2 -